UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-641-H

RONDESIA WHITLOW                                                                           PLAINTIFF

V.

STAR TRANSPORT, INC. and
LOREN VEREEN                                                                               DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

This is a personal injury case removed from Jefferson Circuit Court in which Plaintiff now seeks remand.  As is usually the case, the state court complaint did not state the amount at issue.  Now, Plaintiff's counsel has filed an affidavit stating that the present damages do not exceed $75,000.

This Court has considered the circumstances under which a party may stipulate that damages are less than federal jurisdictional amount for purposes of remand.  *See Egan v. Premier Scales & Systems*, 237 F.Supp.2d 774 (W.D.Ky. 2002).  The Court views counsel's affidavit as asserting that Plaintiff's current damages do not exceed the jurisdictional amount.  The Court tried to be quite clear in *Egan* that in order to avoid federal jurisdiction, a plaintiff must be in the position of clarifying his original demand rather than altering it.  *Id.* at 777-78.

This Court has long believed that an avenue should be open to plaintiffs who are legitimately in a position to clarify their complaint and, thus, avoid a claim beyond the jurisdictional amount.  Here, the September demand letter was written prior to filing the

complaint which does not state an amount.  Thus, from the Court's view, the subsequent affidavit represents a clarification of the complaint.  Had the demand letter occurred after the complaint, the Court would have considered the affidavit to be a change.

The Court views counsel's affidavit as a binding statement that Plaintiff's damages do not exceed $75,000 and that he will not pursue an amount exceeding that.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is SUSTAINED and this case is REMANDED to Jefferson Circuit Court.

cc:     Counsel of Record